

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00287-CV

TV Azteca, S.A.B. de C.V., Publimax, S.A. de C.V., Azteca International Corporation, Stations Group, LLC, Northstar McAllen License, LLC, and Patricia Chapoy
v.
Gloria de los Angeles Trevino Ruiz, Individually and on behalf of her minor child, A.G.J.T., and Armando Ismael Gomez Martinez

On Appeal from the
139th District Court of Hidalgo County, Texas
Trial Cause No. C-1027-09-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the case is REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged 50% against appellants, TV Azteca, S.A.B. de C.V., Publimax, S.A. de C.V., Azteca International Corporation, Stations Group, LLC, Northstar McAllen License, LLC, and Patricia Chapoy and 50% against appellees Gloria de los Angeles Trevino Ruiz, Individually and on behalf of her minor child, A.G.J.T., and Armando Ismael Gomez Martinez.

We further order this decision certified below for observance.

January 9, 2020